UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOMINIC RONALDO MALONE,<br><br>                              Plaintiff<br><br>    v.<br><br>JULIE WILLIAMS, et al.,<br><br>                              Defendant | Case No.  2:24-cv-00865-RFB-DJA<br><br>**ORDER** |

On February 3, 2025, the Court issued an order denying as moot Plaintiff's motion for leave to file his application to proceed *in forma pauperis* without a financial certificate. (ECF No. 6). However, the Court's order came back as undeliverable to Plaintiff's address. (ECF No. 7). Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address." Nev. Loc. R. IA 3-1. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* The Court now directs Plaintiff to file his updated address on or before **March 10, 2025**. If Plaintiff does not file his updated address with the Court with by **March 10, 2025**, this action will be subject to dismissal without prejudice.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall file his updated address with the Court on or before **March 10, 2025**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number when Plaintiff is able to provide his current address to the Court.

DATED THIS 6th day of February 2025.

_____
UNITED STATES MAGISTRATE JUDGE